**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Demetris Lamar Pugh,<br><br>                    Plaintiff,<br><br>vs.<br><br>Axos Bank,<br><br>                    Defendant. | No. CV-21-01538-PHX-SPL<br><br>**ORDER** |

   Before the Court is Defendant Axos Bank's Motion to Dismiss (Doc. 19). In an Order dated December 9, 2021 (Doc. 20), the Court directed Plaintiff Demetris Lamar Pugh that he had until January 10, 2022 to file a response and warned him that his failure "to respond to the Motion to Dismiss may in the discretion of the Court be deemed as consent to the granting of that Motion without further notice, and judgment may be entered dismissing the complaint and action with prejudice pursuant to LRCiv 7.2(i)." Plaintiff has not filed a response to the motion to dismiss, and the time to do so has expired. The Court therefore deems Plaintiff's lack of response as consent to granting the Motion to Dismiss, which the Court finds to be well taken.

///

///

///

///

///

1  **IT IS THEREFORE ORDERED** that Defendant's Motion to Dismiss (Doc. 8) is
2  **granted** and this action is **dismissed** in its entirety.
3  Dated this 14th day of January, 2022.

_____
Honorable Steven P. Logan
United States District Judge